IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Jeffery Keshon Sanders AIS# 333946 )
Full name and prison number )
of plaintiffs(s) )
 )
v. )  CIVIL ACTION NO. 2:24-cv-00519-MHT-SMD
 )  (To be supplied by Clerk of
Warden I, Jim Crowe )  U.S. District Court)
Warden II, Katrina Brown )
Warden III, Pamela Harris )
Wendy Williams, I&I Investigator )
Alabama Dept. of Corrections, et al )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2024 AUG 15 A 11:43

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (X)
    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO ( )
    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) _____
                              N/A
            Defendant(s) N/A _____

        2.  Court (if federal court, name the district? if
            state court, name the county) N/A _____

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for examples Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Kilby Correctional Facility P.O. Box 150 Mt. Meigs, Alabama 36057__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __Elmore Correctional Facility__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Jim Crowe, Warden I | 3520 Marion Spillway Rd Elmore, Al 36025 |
| 2. | Katrina Brown, Warden II | 3520 Marion Spillway Rd Elmore, Al 36025 |
| 3. | Pamela Harris Warden III | 3520 Marion Spillway Rd. Elmore, Al 36025 |
| 4. | Wendy Williams, I&I Investigator | |
| 5. | Alabama Dept. of Corrections, et al | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __On or around 6-11-2024__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Falsely accussed of being a gang leader that ordered "hits" on other inmates without proper__

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

investigation of these allegations. Sanders was then transferred to Kilby CF on the same day and placed in the segregation unit for 5 weeks.

GROUND TWO: Sanders was placed in the segregation unit at Kilby CF without ADOC officials following ADOC SOP.

SUPPORTING FACTS: Sanders was placed in the segregation unit at Kilby for 5 weeks without any supporting facts or paperwork being submitted as to why he was being placed in segregation. Upon further investigation by Captian Clayts Jenkins, it was discovered there was no reason for Sanders to have ever been placed in Segregation.

GROUND THREE: Sanders was subjected to undue mental stress by being transferred and being placed in Segreation Unit w/o cause.

SUPPORTING FACTS: Sanders was transferred from Elmore CF because of unsubstaniated and false information that labled him as a gang leader and "hitman" and was placed in the segregation unit a Kilby CF where he was not allowed phone calls to his family and being labeled a gang leader and "hitman" has caused his life to be placed in danger and caused him great mental stress.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

$500,000 in monetary damages, all the records and reports, etc. expunged from Sanders ADOC file, to be housed at a level II facility or at ATEF for security reasons.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on   8-13-2024   .
                    (Date)

_____
Signature of plaintiff(s)

Jeffery K. Sanders
AIS #333946
Kilby
P.O. Box 150
Mt. Meigs, Al
36057



MONTGOMERY AL 360
14 AUG 2024 PM 2 L

United States District Court
Middle District of Alabama
C/o Office of The Clerk
One Church Street Ste. A-100
Montgomery, Alabama
36104-4018

36104-401801

"This correspondence is forwarded from an Alabama State Prison. Its contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed Communication."